1   David Martinez, Bar No. 193183
    DMartinez@robinskaplan.com
2   Daniel D. Allender, Bar No. 264651
    DAllender@robinskaplan.com
3   **ROBINS KAPLAN LLP**
    2121 Avenue of the Stars, Suite 2800
4   Los Angeles, CA  90067-5052
    Telephone:  (310) 552-0130
5
6   Attorneys for Plaintiffs
    Jorge Ernesto Ramirez Ceballos,
7   Fernando Guardado Rosales,
    Jose Rosario Cisneros Gutierrez and
8   Luis Antonio Plasencia Martinez

9                **UNITED STATES DISTRICT COURT**

10               **CENTRAL DISTRICT OF CALIFORNIA**

11  Jorge Ernesto Ramirez Ceballos;      Case No. 2:25-cv-10317
    Fernando Guardado Rosales;
12  Jose Rosario Cisneros Gutierrez; and  **COMPLAINT FOR:**
    Luis Antonio Plasencia Martinez,
13                                        **(1)   DIRECT AND DERIVATIVE FEDERAL**
                  Plaintiffs,             **TRADEMARK COUNTERFEITING**
14                                        **(LANHAM ACT, 15 U.S.C. § 1114);**
          v.
15                                        **(2)   DIRECT AND DERIVATIVE FEDERAL**
    Ticketón Entertainment LLC d/b/a      **TRADEMARK INFRINGEMENT**
16  Ticketón; Ticketón Entertainment LP   **(LANHAM ACT, 15 U.S.C. § 1114);**
    d/b/a Ticketón; Alonso Estrada, an
17  individual; Javier Mendoza Bulman, an **(3)   DIRECT AND DERIVATIVE FALSE**
    individual; and DOES 1 through 10,    **DESIGNATION OF ORIGIN (LANHAM**
18  inclusive,                            **ACT, 15 U.S.C. § 1125(a));**

19                Defendants.             **(4)   COMMON LAW TRADE NAME**
                                          **INFRINGEMENT;**
20                                        **(5)   UNFAIR COMPETITION (CAL. BUS.**
                                          **& PROF. CODE § 17200);**
21
                                          **(6)   COMMON LAW UNFAIR**
22                                        **COMPETITION;**
23                                        **(7)   COPYRIGHT INFRINGEMENT (17**
                                          **U.S.C. § 501);**
24
                                          **(8)   MISAPPROPRIATION OF IMAGE**
25                                        **AND LIKENESS AND VIOLATION OF**
                                          **RIGHT OF PUBLICITY (CAL. CIVIL CODE**
26                                        **§ 3344);**
27
28

96545675.1

**(9)   COMMON LAW MISAPPROPRIATION OF IMAGE AND LIKENESS AND VIOLATION OF RIGHT OF PUBLICITY; AND**

**(10)   INTENTIONAL INTERERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**

Plaintiffs Jorge Ernesto Ramirez Ceballos ("Plaintiff Ramirez"), Fernando Guardado Rosales ("Plaintiff Fernando Guardado"), Jose Rosario Cisneros Gutierrez ("Plaintiff Cisneros") and Luis Antonio Plasencia Martinez ("Plaintiff Plasencia")[1] hereby allege and aver based on knowledge as to their acts and based on information and belief as to the acts of others, as follows:

**NATURE OF ACTION**

1.    This is an action for direct and derivative trademark counterfeiting, infringement and dilution, unfair competition, copyright infringement and intentional interference brought by famous Mexican music group Banda Maguey against a prominent concert ticketing agency and their control persons.  At all relevant times, Defendants acted with absolute impunity to greatly profit from their willful infringement of Plaintiffs' intellectual property rights, including by unlawfully promoting hundreds of concerts and selling tens of thousands of concert tickets for numerous impostor bands.

2.    Plaintiff Banda Maguey is a famous music group from Villa Corona, Jalisco Mexico ("Banda Maguey") and a preeminent music band in the technobanda music genre.  Banda Maguey is managed by non-party Mr. Mario Cesar Guardado Rosales and Plaintiff Ramirez and comprises, *inter alia*, exclusive licensees Plaintiffs Banda Maguey Founding Members Mr. Fernando Guardado, Mr. Cisneros and Mr. Plasencia.

---

[1]  Plaintiffs Mr. Fernando Guardado, Mr. Cisneros and Mr. Plasencia are collectively referred to as "Plaintiffs Banda Maguey Founding Members" (and jointly with Mr. Ramirez as "Plaintiffs").

COMPLAINT

96545675.1

3.      Banda Maguey has provided entertainment services in connection with the Banda Maguey name and mark for several decades, dating back to at least 1991, including throughout the United States.

4.      Plaintiff Ramirez is the owner of the Banda Maguey trademarks and the copyright over the Banda Maguey artwork and derivatives thereof ("Banda Maguey Designs").  Plaintiffs Banda Maguey Founding Members are exclusive licensees of the Banda Maguey trademarks and copyright and have sole and exclusive ownership and interest in their individual names, images and likenesses.

5.      Defendant Ticketón Entertainment LLC ("Defendant Ticketón LLC") and Ticketón Entertainment LP ("Defendant Ticketón LP") (collectively, "Ticketón Corporate Defendants" or "Ticketón") are ticket vendors via their website http://ticketon.com and social media accounts and are infringing and greatly profiting from their illegal and authorized misuse of the Banda Maguey trademarks and the Banda Maguey Design.

6.      The Ticketón Corporate Defendants have also misappropriated the image and likeness of Plaintiffs Banda Maguey Founding Members. *Inter alia*, Defendants have taken, directly and/or through their agents, recent concert videos, photographs, images and advertisements of Plaintiffs Banda Maguey Founding Members and used them without authorization to falsely promote impostor concerts.

7.      As such, Plaintiffs bring this action to stop Defendants' unlawful use and misappropriation of the Banda Maguey intellectual property, including through Defendants' knowing and illegal promotion of numerous impostor bands under the name "Banda Maguey" through online ticketing website and social media in connection with hundreds of musical performances in the United States.

## THE PARTIES

8.      Plaintiff Mr. Ramirez is a citizen and resident of Mexico.

9.      Plaintiff Mr. Guardado is a citizen and resident of Mexico.

COMPLAINT

96545675.1

1    10.    Plaintiff Mr. Cisneros is a citizen and resident of Mexico.

2    11.    Plaintiff Mr. Plasencia is a citizen and resident of Mexico.

3    12.    Defendant Ticketón Entertainment LP d/b/a Ticketón is a California

4  limited partnership organized under the laws of California with a principal place of

5  business located at 5757 Wilshire Blvd., Suite 473, Los Angeles, CA  90036.

6    13.    Defendant Ticketón Entertainment LLC d/b/a Ticketón is a Delaware

7  limited liability company with a principal place of business located at 5757

8  Wilshire Blvd., Suite 473, Los Angeles, CA  90036.

9    14.    Defendant Alonso Estrada ("Defendant Estrada") is an Executive

10  Director and partner of the Ticketón Corporate Defendants and a resident of

11  California.[2]

12    15.    Defendant Javier Mendoza Bulman ("Defendant Mendoza") is a

13  managing agent and Accounts & Sales Director of the Ticketón Corporate

14  Defendants and a resident of California.

15    16.    Plaintiffs are unaware of the true names and capacities, whether

16  individual, corporate, associate, or otherwise, of Defendants DOES 1 through 10

17  and therefore sue them by such fictitious names.  Each DOE Defendant is

18  responsible for the claims and damages alleged herein and is jointly and severely

19  liable with all other Defendants.  Plaintiffs will seek leave of Court to amend this

20  Complaint when they ascertain the identities of these Defendants.

21    17.    At all relevant times, the Individual Ticketón Defendants Estrada and

22  Mendoza knowingly and intentionally authorized and participated in Ticketón

23  Corporate Defendants' wrongful conduct alleged here.  Among other things, they

24  directed, authorized, or participated in infringement, counterfeiting,

25  misappropriation, and unfair competition.  As such, they are personally liable in

26  this action.

27  _____

28  [2] Defendant Estrada and Defendant Mendoza are from time to time referred to as the
"Individual Ticketón Defendants."

COMPLAINT

96545675.1

18.    At all relevant times, and as more fully described below, Defendant Estrada was and is the Executive Director and owner of the Ticketón Corporate Defendants and was and is a control person of the Ticketón Corporate Defendants. Notwithstanding his role as a corporate officer, Defendant Estrada acted in his own interest for his own improper purpose by personally infringing Plaintiffs' rights.  Further, Defendant Estrada, directed, was aware of, participated in and facilitated the referenced infringing activity.  He further failed to take any steps to prevent the Ticketón Corporate Defendants' unlawful use of the Banda Maguey intellectual property.  Moreover, Defendant Estrada directed, participated in and ratified this wrongful conduct after receiving notice of Plaintiffs' claims.

19.    As a result, and through his knowledge of the Ticketón Corporate Defendants' practices, his control of the Ticketón Corporate Defendants, his participation in and direction of the referenced illegal conduct, and his course of wrongful conduct on his own behalf and for his own personal benefit, Defendant Estrada is personally liable.

20.    At all relevant times, Defendant Mendoza was and is a managing agent, director, and control person of the Ticketón Corporate Defendants.  As with Defendant Estrada, Defendant Mendoza directed and was aware of and participated in the referenced infringing activity.  He further engaged in infringing activity for his own benefit and his own interest.  In addition to facilitating and directing the infringement, Defendant Mendoza failed to take any steps to prevent the Ticketón Corporate Defendants' use of the Banda Maguey intellectual property, and he also directly participated in and ratified this wrongful conduct after receiving notice of Plaintiffs' claims.

21.    As a result, and through his knowledge of the Ticketón Corporate Defendants' practices, his control of the Ticketón Corporate Defendants, his participation in and direction of the illegal conduct outlined herein, and his course

COMPLAINT

96545675.1

of wrongful conduct on his own behalf and for his own personal benefit,

Defendant Mendoza is personally liable.

22.     At all relevant times, Defendants acted through their principals,

agents, members and/or managing members.  At all relevant times each of the

Defendants and the Agent Non-Parties was the agent, ostensible agent, employee,

alter ego of each of the remaining Defendants, and at all times was acting within

the purpose and scope of such agency, employment and with the knowledge,

authorization, permission, consent and/or subsequent ratification and approval of

each Co-defendant.

## JURISDICTION AND VENUE

23.     This Court has original jurisdiction over the subject matter of this

action pursuant to 28 U.S.C. §§ 1331, 1338(a), and 15 U.S.C. § 1121.  The Court has

supplemental jurisdiction over the state law claims asserted herein under 28

U.S.C. § 1338(b) because they form some part of the same case or controversy

under Article III of the United States Constitution.

24.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391

because it is a judicial district in which a substantial part of the events giving rise

to the claims asserted herein occurred, because Defendants have or are

advertising and using the infringing marks in this judicial district, including through

several concerts in Los Angeles County, and because at least the Ticketón

Corporate Defendants reside in this judicial district under Section 1391.

25.     This Court has personal jurisdiction over all Defendants because they

have or are advertising and using the infringing Banda Maguey marks and Design

in this judicial district, including through personal appearances in several concerts

in Los Angeles County.

COMPLAINT

96545675.1

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

**FACTUAL BACKGROUND**

**A.    Background on Banda Maguey's Fame and Popularity**

26.    Banda Maguey was formed in 1992 in Villa Corona, Jalisco, Mexico, and quickly rose to fame as the preeminent technobanda genre musical band. Banda Maguey signed with Fonovisa shortly thereafter and released its first record Tumbando Caña in January 1994.  Banda Maguey debuted in the United States in a sold-out arena in Los Angeles on May 5, 1994.  Over the next decades, Banda Maguey recorded and released 20 albums, all of which garnered international fame.

27.    Banda Maguey has continuously toured in Mexico and the United States since 1992.  Its international fame continues through today, including a massive social media following on Facebook and Instagram.

28.    Plaintiff Mr. Ramirez, including through his predecessors-in-interest and exclusive licensees Plaintiffs Banda Maguey Founding Members, adopted the "Banda Maguey" mark ("Banda Maguey Mark") in 1992 and the mark "La Original Banda Maguey, Y Sigue Y Sigue Y Puro Villa...Corona" mark in 2019 (collectively, the "Banda Maguey Marks").  Since then, Plaintiff Ramirez and/or Plaintiffs Banda Maguey Founding Members have continuously promoted and used the Banda Maguey Marks throughout the United States in interstate commerce and have expended considerable sums in exerting every effort to maintain and develop the Banda Maguey Marks.

29.    As such, Banda Maguey has created substantial and extremely valuable goodwill among the purchasing public under the Banda Maguey Marks. As a result of Banda Maguey's continuous and extensive use of the Banda Maguey Marks, the Banda Maguey Marks have become and continue to function as Banda Maguey's core business and marketing assets and serve to indicate to the trade and consuming public the products originating from Banda Maguey.

COMPLAINT

96545675.1

30.     Banda Maguey's ongoing investment and effort to develop its intellectual property in the Banda Maguey Marks since at least 1992 has resulted in widespread fame and recognition.  Banda Maguey's social media and internet sites featuring the Banda Maguey Marks are widely known and followed in the United States.

31.     By way of example, the legitimate Banda Maguey Facebook page went live in at least 2010 and has over 1,600,000 followers.

32.     Plaintiffs' legitimate Banda Maguey Instagram page went live in April 2016 at @bandamagueyoficial and currently has over 806,000 followers.

33.     Plaintiffs' legitimate Banda Maguey YouTube account was created on June 5, 2012 and has over 601,221,508 views and 539,000 subscribers.

34.     Plaintiffs' TikTok account in turn has 1,400,000 followers and over 37,200,000 likes.  And their Spotify Account has 1,350,205 followers and 2,819,415 monthly listeners.

**B.      Plaintiffs' Trademark Rights Over Banda Maguey and La Original Banda Maguey**

35.     Plaintiff Mr. Ramirez is the owner of U.S. Registration Number 2,198,067 (the "067 Banda Maguey Registration") over the Banda Maguey Mark and all attendant common law rights, pursuant to an assignment of rights dated March 23, 2018 transferring the entire right and interest in and to the Banda Maguey Mark to Plaintiff (the "2018 Assignment").  The 2018 Assignment was recorded with the USPTO on November 22, 2018.

36.     While the '067 Mark was cancelled on September 28, 2019 pursuant to a default, Plaintiffs have retained all common law rights to the Banda Maguey Mark associated with the Banda Maguey goodwill, including through the assignment described above.

37.     In addition to owning common law rights dating back to 1992, Plaintiff Mr. Ramirez also owns U.S. Registration 5,985,963 (the "963

COMPLAINT

96545675.1

Registration") over the mark "La Original Banda Maguey, Y Sigue Y Sigue Y… Puro Villa Corona" and design ("La Original Banda Maguey Mark"). *See* **Exhibit A**.

38.    Plaintiff Ramirez registered the La Original Banda Maguey Mark in IC 41 for entertainment services in the nature of presenting live musical performances with a date of first use of at least February 27, 2019, as follows:



**C.    Plaintiffs' Ownership of the Banda Maguey Copyrighted Design**

39.    Plaintiff Ramirez also owns the copyright over the Banda Maguey Design, including as shown below, as well as any modifications thereof.  This original work of authorship consists of a graphic design of the wording Banda Maguey in stylized letters, where the letter M is depicted as an animated character wearing a Mexican sombrero and a colorful sash, holding a trumpet, as follows:



COMPLAINT

96545675.1

40.    Designer Miguel Angel Parra created the Banda Maguey Design in or about June 1992 as a work for hire pursuant to a written agreement based on a commission by Banda Maguey's manager Mr. Mario Cesar Guardado.

41.    Mr. Parra's creation of the Banda Maguey Design pursuant to a work for hire agreement with Mr. Mario Cesar Guardado has also been recognized in proceedings in Mexico.

42.    Mr. Mario Cesar Guardado owned the copyright to the Banda Maguey Designs until he assigned them to Plaintiff and current Banda Maguey co-manager Plaintiff Ramirez.

43.    Plaintiff Ramirez, as a Mexican national and holder of the copyright over the Banda Maguey Designs, is entitled to sue for infringement of his copyright over the designs in federal court.  The Copyright Act, 17 U.S.C.A. § 104(b)(2), provides Plaintiff standing without a federal registration where, as here, the author was a foreign national of a treaty party on the date of publication, or the subject design was first published in a treaty party.  The United States and Mexico are both members of the Berne Convention, and the Banda Maguey Design was first published before the United States (1989) and Mexico (1967) became Berne Convention treaty parties.

## DEFENDANTS' TRADEMARK COUNTERFEITING AND INFRINGEMENT, COPYRIGHT INFRINGEMENT AND MISAPPROPRIATION OF LIKENESS

44.    Defendants have perpetrated a massive campaign of willful, direct and derivative counterfeiting and infringement and misappropriation of likeness, and have reaped great profits from their willful misconduct.[3]  Defendants have

---

[3] Ticketón holds itself out as a concert promoter and marketer.  Ticketón advertises that it offers "the best way to sell tickets online and by phone" and provides "promotional support" through "social-media advertising campaigns, eBlasts, text messages, and sweepstakes."  Ticketón advertises that events uploaded to its system "will automatically be seen by thousands of consumers that visit Ticketon.com on a daily basis."  Ticketón's business model thus integrates ticket sales and marketing.  Ticketón also exercises editorial control over marketing content, facilitates band specific pages and advertising and engages in the sale of concert tickets

96545675.1

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

also been responsible for creating massive consumer confusion, including by knowingly and indiscriminately promoting concerts under the Banda Maguey Marks and Design for at least three different bands:

- Plaintiffs' legitimate Banda Maguey, which owns the exclusive rights to the Banda Maguey Marks and Design.

- An unauthorized "Banda Maguey" that later rebranded as "La Estrella de Todos Los Bailes" ("Impostor Band No. 1"); and

- A "Banda Maguey" doing business as "Banda Maguey La Estrella de Todas Las Bandas" ("Impostor Band No. 2").

**A.    Impostor Band No. 1**

45.    Ticketón has unlawfully promoted at least well over a hundred concerts for Impostor Band No. 1. *See, e.g.*, **Exhibit B**.  In many of these promotions, Ticketón uses Banda Maguey's Trademark, Design, and social media images and concert videos to entice concert goers to buy tickets from Ticketón through hyperlinks to at least Impostor Band No. 1 and Impostor Band No. 2, constituting blatant infringement and misappropriation of likeness. *See,* **Exhibit E**.

46.    In other instances, Ticketón advertises Impostor Band No. 1's concerts that include hyperlinks that then link back to Plaintiffs' La Original Banda Maguey's social media, including recent concerts, videos and images of the Banda Maguey members. *See, e.g.*, **Exhibit C**.

47.    In all of those instances, the use of the Banda Maguey Mark and Design also constitutes trademark infringement and counterfeiting and copyright infringement.  15 U.S.C. §§ 1114(1) and 1125(a); 17 U.S.C. § 501.

**B.    Impostor Band No. 2**

48.    Ticketón has also unlawfully promoted, advertised, and/or sold concert tickets on behalf of the Impostor Band No. 2, including by way of example, the following concerts:

for infringing events, deriving commercial benefit from its deception.

COMPLAINT

96545675.1

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

- • June 6, 2025 event at La Movida Night Club
- • June 8, 2025 event at Rodeo El Nuevo Potrillo
- • June 14, 2025 event at Rancho Ramirez
- • July 13, 2025 event at San Jose PAL Stadium
- • July 13, 2025 event at Rancho El Manantial
- • August 23, 2025 event at Wine Country Amphitheater
- • August 23, 2025 event at La Terraza
- • September 27, 2025 event at Los Globos, Chicago
- • October 3, 2025 event at Alliance Event Center, Cleveland
- • October 4, 2025 event at El Volcan Discoteque, St. Louis
- • October 5, 2025 event at Rancho Grande de Morgan Hill, Morgan Hill
- • October 5, 2025 event at Antioch Ranch Sports Arena
- • October 11, 2025 event at Plaza Rancho Allegre, Lebanon
- • October 11, 2025 event at Mariachi Night Club, Evansville
- • October 12, 2025 event at Mellwood Art Center, Louisville
- • October 12, 2025 event at Venue Center Monte Carlo, Frankfort
- • October 24, 2025 event at Rancho Corona, Phoenix

*See*, **Exhibit D**.

**C.    Ticketón's Willful and Unlawful Profiteering from Its Campaign to Cause Customer Confusion**

49.    In addition to profiting from the foregoing unlawful conduct, Ticketón has engaged in an unlawful campaign to cause and greatly profit from consumer confusion.  For example, a recent search of "Banda Maguey" on the Ticketón website yielded fourteen (14) then upcoming concerts for "Banda Maguey," including but not limited to the following nine (9):

COMPLAINT

96545675.1

**Tickets for Banda Maguey**

**Upcoming events:**

| | |
|---|---|
| **FRI 26 SEP, 2025, 9:00 PM**<br>La Flaca at the Square - Indianapolis IN | GET TICKETS |
| **SAT 27 SEP, 2025, 3:00 PM**<br>Plaza Mexico - Columbus OH | GET TICKETS |
| **SUN 28 SEP, 2025, 2:00 PM**<br>Plaza de Toros Mexico - Warsaw IN | GET TICKETS |
| **SUN 05 OCT, 2025, 1:00 PM**<br>Rancho Grande de Morgan Hill - Morgan Hill Ca | GET TICKETS |
| **SUN 05 OCT, 2025, 2:00 PM**<br>Antioch Ranch Sports Arena - Antioch CA | GET TICKETS |
| **FRI 10 OCT, 2025, 8:00 PM**<br>AV Event Center - Lancaster CA | GET TICKETS |
| **SUN 19 OCT, 2025, 1:00 PM**<br>Pico Rivera Sports Arena - Pico Rivera CA | GET TICKETS |
| **SAT 08 NOV, 2025, 6:00 PM**<br>Anaheim Convention Center - Anaheim CA | GET TICKETS |
| **SUN 09 NOV, 2025, 12:00 PM**<br>Equine Event Services Center - Lakeside CA | GET TICKETS |

50.     This page prominently features the legitimate Banda Maguey (including prominently featuring images of its Plaintiffs Banda Maguey Founding Members in recent media and advertising), and in turn provides links to Banda Maguey's Facebook, Facebook Story, YouTube, Spotify and TikTok social media pages, all of which also prominently feature Banda Maguey and Plaintiffs Founding Members' image, name and likeness, including numerous concerts videos.  The following is illustrative:

COMPLAINT

96545675.1

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Embedded links direct to Plaintiffs' social media



Embedded link directs to Plaintiffs' Facebook

Embedded link directs to Plaintiffs' YouTube



Embedded link directs to Plaintiffs' TikTok

51.    When Banda Maguey fans click on those concert date links, however, only two redirect to two legitimate Banda Maguey concerts (October 10 in Lancaster and October 19 in Pico Rivera).  Seven others redirect to pages to buy tickets for concerts for <u>Impostor Band No. 1</u>[4] and <u>Impostor Band No. 2</u>.[5]  *See*, **Exhibit E**.

[4] *See, e.g.*, concerts dated Fri. September 26 - 9:00 PM at La Flaca at the Square, Indianapolis;

COMPLAINT

96545675.1

52.  Thus, and notwithstanding actual knowledge of Plaintiffs' rights, Defendants advertise a wide array of "Banda Maguey" derivatives in order to unlawfully ensnare massive ticket sales, including the following:

- Banda Maguey
- La Estrella de Todas las Bandas
- Banda Maguey la Estrella de Todos Los Bailes
- Banda Maguey the Star of All Bands
- Maguey
- La Maguey

53.  Defendants deliberately and unlawfully use these derivatives of Plaintiffs' Banda Maguey Marks in order to maximize lucrative concert ticket sales commissions and profits for tens or hundreds of thousands of concert tickets. In the process, Defendants mislead Banda Maguey's fans into buying concert tickets for impostor bands in order to greatly profiteer from the public's confusion.

**D.  Defendants' Trademark Infringement and Counterfeiting**

54.  Exhibits B-E provide extensive examples of Defendants' brazen trademark infringement, some of which are reflected below:

Sat. September 27 - 3:00 PM at Plaza Mexico, Columbus; Sun. September 28 - 2:00 PM at Plaza de Toros Mexico – Warsaw (advertised with Banda Machos); Sat. November 08 - 6:00 PM at Anaheim Convention Center – Anaheim; and Sun. November 09 - 12:00 PM at Equine Event Services Center – Lakeside.

[5] *See, e.g.*, concerts dated Sat. September 27 at Los Globos, Chicago; Sun. October 05 - 1:00 PM at Rancho Grande de Morgan Hill; Sun. 05 Oct, 2025 - 2:00 PM at Antioch Ranch Sports Arena - Antioch CA.

COMPLAINT

96545675.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

| Legitimate Trademark Images | Infringing Trademark Images |
|---|---|
|  |  |
|  |  |

COMPLAINT

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

| Legitimate Trademark Images | Infringing Trademark Images |
|---|---|
|  |  |
|  |  |

COMPLAINT

96545675.1

| Legitimate Trademark Images | Infringing Trademark Images |
|---|---|
|  |  |
|  |  |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT

96545675.1

| Legitimate Trademark Images | Infringing Trademark Images |
|---|---|
|  |  |
|  |  |

COMPLAINT

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

96545675.1

| Legitimate Trademark Images | Infringing Trademark Images |
|---|---|
|  |  |
|  |  |

COMPLAINT

96545675.1

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

| Legitimate Trademark Images | Infringing Trademark Images |
| --- | --- |
|  |  |

COMPLAINT

96545675.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

**E. Defendants' Copyright Infringement**

55. Defendants' use of the Banda Maguey Designs also constitutes copyright infringement, as shown below:

| Sample Plaintiff's Banda Maguey Designs | Defendants' Infringing Designs |
|---|---|
|  |  |


| Sample Plaintiff's Banda Maguey Designs | Defendants' Infringing Designs |
|---|---|
| |  |

COMPLAINT

96545675.1

| Sample Plaintiff's Banda Maguey Designs | Defendants' Infringing Designs |
|---|---|
|  | <br> |

**F.    Defendants' Misappropriation of Plaintiffs' Banda Maguey Founding Members' Image and Likeness and Violation of Their Right of Publicity**

56.    Unsatisfied with their theft of the Banda Maguey intellectual property, and as part and parcel to exploit the Banda Maguey trademarks and copyright, Defendants have also misappropriated the image and likeness of Plaintiffs Banda Maguey Founding Members, including as outlined above.

57.    In particular, Defendants have taken, directly and/or through their agents, recent concert video, images, photographs and advertising featuring Plaintiffs Banda Maguey Founding Members and used them without authorization to falsely promote impostor concerts in the United States.

96545675.1

58.    In so doing, Defendants also directed, authorized, controlled, aided and abetted, ratified, and/or conspired with their agents and third parties to misappropriate Plaintiffs Banda Maguey Founding Members' name, image and likeness in connection with concerts, advertising, marketing and publicity. Defendants' misappropriation has interfered with Banda Maguey Founding Members' business expectations and constitutes false advertising and unfair competition.

**FIRST CLAIM FOR RELIEF**

**Direct and Derivative Federal Trademark Counterfeiting**

**in Violation of Lanham Act § 32, 15 U.S.C. § 1114**

59.    Plaintiffs reallege and incorporate by reference each of the foregoing paragraphs of this Complaint as though fully set forth in full herein.

60.    Defendants' use of the La Original Banda Maguey Mark is identical to, or substantially indistinguishable from the La Original Banda Maguey Mark over which Plaintiff Ramirez holds the '963 Registration.  Defendants have used these spurious designs in commerce in connection with the promotion of live musical performances through advertisements, promotional materials, website content, videos, and other materials for the provision of musical services for their own financial gain and without authorization.

61.    Defendants had actual and direct knowledge of Plaintiffs' prior use and/or ownership of the La Original Banda Maguey Mark and their conduct is therefore willful and reflects Defendants' intent to exploit the goodwill and strong brand recognition associated with the La Original Banda Maguey Mark.

62.    Defendants intentionally induced the third-party venues and impostor bands to engage in infringement and counterfeiting, including by advertising on their behalf using the Banda Maguey Marks and using media and advertising using the Banda Maguey Marks to facilitate concerts and musical performances.

COMPLAINT

96545675.1

63.     Further, Defendants had reason to know that third-party venues and impostor bands would use Defendants' goods and services to infringe, and they had control over their ability to infringe by controlling online sales in order to cash in on lucrative agreements to share in gross receipts from concerts.

64.     Defendants' acts constitute trademark counterfeiting in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

65.     Defendants' trademark counterfeiting has caused and, unless restrained and enjoined by this Court, will continue to cause substantial, immediate and irreparable injury to Plaintiffs for which they are without an adequate remedy at law.

66.     Defendants' counterfeit use of the La Original Banda Maguey Mark is knowing and willful, entitling Plaintiffs to statutory damages of up $2,000,000 and attorneys' fees and costs under 15 U.S.C. § 1117.

## SECOND CLAIM FOR RELIEF

### Direct and Derivative Federal Trademark Infringement of a
### Registered Mark in Violation of Lanham Act § 32, 15 U.S.C. § 1114

67.     Plaintiffs reallege and incorporate by reference each of the foregoing paragraphs of this Complaint as though fully set forth in full herein.

68.     At all relevant times, Defendants have used unauthorized reproductions and/or imitations of the La Original Banda Maguey Mark for which Plaintiff Ramirez holds the '963 Registration in a manner likely to cause confusion and/or mistake and/or to deceive.

69.     Defendants have reproduced, copied and/or imitated the La Original Banda Maguey Mark and have used such reproductions, copies and/or colorable imitations in connection with the promotion of live musical performances through advertisements, promotional materials, website content, videos, and other materials for the provision of musical services for their own financial gain and

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1   without authorization in a manner likely to cause confusion and/or mistake and/or

2   to deceive.

3       70.    Defendants are acting and have acted with knowledge that their

4   copying and use of the La Original Banda Maguey Mark is unauthorized and

5   unlawful and with the intent to cause confusion and/or mistake and/or to deceive.

6       71.    Defendants intentionally induced the third-party venues and impostor

7   bands to engage in infringement and counterfeiting, including by advertising on

8   their behalf using the Banda Maguey Marks and through media and advertising

9   using the Banda Maguey Marks to facilitate concerts and musical performances.

10      72.    Further, Defendants had reason to know that third-party venues and

11  impostor bands would use Defendants' goods and services to infringe, and they

12  had control over their ability to infringe by controlling online sales in order to cash

13  in on lucrative agreements to share in gross receipts from concerts.

14      73.    Defendants' trademark infringement has caused and, unless

15  restrained and enjoined by this Court, will continue to cause substantial,

16  immediate and irreparable injury to Plaintiffs' business, reputation and goodwill

17  for which they are without an adequate remedy at law.

18      74.    As a direct and proximate result of Defendants' intentional and willful

19  violation of 15 U.S.C. § 1114, Plaintiffs have suffered and continue to suffer injury,

20  loss and damages in an amount according to proof at trial, and are entitled to

21  recover damages, extraordinary damages, attorneys' fees and costs pursuant to 15

22  U.S.C. § 1117, and to disgorgement of Defendants' unlawful gains and profits.

23  **THIRD CLAIM FOR RELIEF**

24  **Direct and Derivative Federal Unfair Competition and False Designation**

25  **of Origin in Violation of Lanham Act § 43(a), 15 U.S.C. § 1125(a)**

26      75.    Plaintiffs reallege and incorporate by reference each of the foregoing

27  paragraphs of this Complaint as though fully set forth in full herein.

28

COMPLAINT

96545675.1

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

76. Defendants have engaged in the unauthorized use of the Banda Maguey Marks through their extensive advertising of musical performances.

77. Defendants' unlawful use of the Banda Maguey Marks constitute false and misleading designations of origin and false and misleading representations of facts, which:

    A. Are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Banda Maguey, or as to the origin, sponsorship, or approval of Defendants' goods or commercial activities by Banda Maguey; and/or

    B. Misrepresent the nature, characteristics, or qualities of Defendants' goods, services, or commercial activities.

78. Defendants intentionally induced the third-party venues and impostor bands to engage in infringement and counterfeiting, including by advertising on their behalf using the Banda Maguey Marks and through media and advertising using the Banda Maguey Marks to facilitate concerts and musical performances.

79. Further, Defendants had reason to know that third-party venues and impostor bands would use Defendants' goods and services to infringe, and they had control over their ability to infringe by controlling online sales in order to cash in on lucrative agreements to share in gross receipts from concerts.

80. Defendants' misconduct in violation of 15 U.S.C. § 1125(a) has caused and, unless restrained and enjoined by this Court, will continue to cause substantial, immediate and irreparable injury to Plaintiffs' business, reputation, and goodwill for which they are without an adequate remedy at law.

81. As a direct and proximate result of Defendants' intentional and willful violation of 15 U.S.C. § 1125(a), Plaintiffs have suffered and continue to suffer injury, loss and damages in an amount according to proof at trial, and are entitled

COMPLAINT

ROBINS KAPLAN LLP

96545675.1

1    to recover damages, extraordinary damages, attorneys' fees and costs pursuant to

2    15 U.S.C. § 1117, and to disgorgement of Defendants' unlawful gains and profits.

3    <u>**FOURTH CLAIM FOR RELIEF**</u>

4    **Direct and Derivative Common Law Trade Name Infringement**

5    82.    Plaintiffs reallege and incorporate by reference each of the foregoing

6    paragraphs of this Complaint as though fully set forth in full herein.

7    83.    Defendants have engaged in trade name infringement under the

8    common law of the State of California.

9    84.    Defendants have sought to intentionally deceive the public by

10   misrepresenting that their services and/or products are in some way sponsored or

11   authorized.

12   85.    Defendants intentionally induced the third-party venues and impostor

13   bands to engage in infringement and counterfeiting, including by advertising on

14   their behalf using the Banda Maguey Marks and through media and advertising

15   using the Banda Maguey Marks to facilitate concerts and musical performances.

16   86.    Further, Defendants had reason to know that third-party venues and

17   impostor bands would use Defendants' goods and services to infringe, and they

18   had control over their ability to infringe by controlling online sales in order to cash

19   in on lucrative agreements to share in gross receipts from concerts.

20   87.    Defendants acted willfully and with the intention of causing

21   confusion, mistake or deception.

22   88.    As a proximate result of Defendants' acts, Plaintiffs have and continue

23   to suffer damages according to proof at trial.  Further, unless Defendants are

24   restrained, Plaintiffs will continue to suffer irreparable damage and injury to their

25   reputation and goodwill.

26

27

28

COMPLAINT

96545675.1

**FIFTH CLAIM FOR RELIEF**

**Unfair Competition in Violation of**

**California Business & Professions Code § 17200, *et seq*.**

89.     Plaintiffs reallege and incorporate by reference each of the foregoing paragraphs of this Complaint as though fully set forth in full herein.

90.     Defendants' misconduct constitutes unlawful, unfair and fraudulent business acts or practices and unfair, deceptive, untrue or misleading advertising, in violation of California Business & Professions Code §17200, *et seq*.

91.     As a direct and proximate result of Defendants' unfair, unlawful and illegal business practices, Plaintiffs have suffered irreparable harm to their reputation and goodwill.  As such, Plaintiffs are entitled to injunctive relief as set forth herein.

**SIXTH CLAIM FOR RELIEF**

**Common Law Unfair Competition**

92.     Plaintiffs reallege and incorporate by reference each of the foregoing paragraphs of this Complaint as though fully set forth in full herein.

93.     Defendants' unauthorized sale and use of the Banda Maguey Marks constitutes infringement and counterfeiting, and misappropriation of Plaintiffs' intellectual property, unjust enrichment of Defendants, as well as unfair competition with Plaintiffs in violation of Plaintiffs' rights under the common law of the State of California and other states of the United States.

94.     Defendants' willful conduct outlined herein has unjustly enriched Defendants in violation of Plaintiffs' rights.  As such, Plaintiffs are entitled to injunctive relief and monetary damages according to proof at trial.

**SEVENTH CLAIM FOR RELIEF**

**Copyright Infringement in Violation of 17 U.S.C. § 501**

95.     Plaintiffs reallege and incorporate by reference each of the foregoing paragraphs of this Complaint as though fully set forth in full herein.

COMPLAINT

96545675.1

96.    Plaintiff Ramirez owns the copyright to the Banda Maguey Designs.

97.    Defendants have published and continue to publish the Banda Maguey Designs on their website and social media to promote hundreds of impostor concerts.

98.    Defendants have never had any authorization or permission to use, publish, display or commercially exploit the Banda Maguey Designs.

99.    Defendants' unauthorized use of the Banda Maguey Designs has infringed and will continue to infringe Plaintiff Ramirez's exclusive rights under 17 U.S.C. § 101, *et seq*.

100.    Defendants have realized unjust profits, gains and advantages, and they will continue to realize unjust profits, gains and advantages, as a proximate result of their infringement of the Banda Maguey Designs.

101.    Plaintiff Ramirez has suffered and continues to suffer injury, loss and damages in an amount according to proof at trial, including damages and disgorgement of Defendants' unlawful gains and profits.

## EIGHTH CLAIM FOR RELIEF

**Misappropriation of Image and Likeness**

**and Right of Publicity**

**Pursuant to California Civil Code § 3344**

102.    Plaintiffs reallege and incorporate by reference each of the foregoing paragraphs of this Complaint as though fully set forth in full herein.

103.    Defendants have knowingly misappropriated the image and likeness of Plaintiffs Banda Maguey Founding Members. *Inter alia*, Defendants have taken, directly and/or through their agents, recent concert videos, photographs, images and advertisements of Plaintiffs Banda Maguey Founding Members and used them without authorization to falsely promote their own concerts.

96545675.1

104.   Defendants' misappropriation was in direct connection with a commercial and advertising purpose.  Defendants gained a commercial benefit by violating Plaintiffs Banda Maguey Founding Members' right of publicity.

105.   Defendants have never had any authorization or permission to use, publish, display or commercially exploit Plaintiffs Banda Maguey Founding Members' image or likeness or right of publicity.

106.   Defendants have realized unjust profits, gains and advantages, and they will continue to realize unjust profits, gains and advantages, as a proximate result of their misconduct.

107.   Plaintiffs Banda Maguey Founding Members have suffered and continue to suffer injury, loss and damages in an amount according to proof at trial, including damages and disgorgement of Defendants' unlawful gains and profits.  Defendants' misconduct was a substantial factor in causing Banda Maguey Founding Members harm.

108.   Banda Maguey Founding Members are also entitled to recover exemplary damages and attorneys' fees.

## NINTH CLAIM FOR RELIEF

### Common Law Misappropriation of Image and Likeness
### and Right of Publicity

109.   Plaintiffs reallege and incorporate by reference each of the foregoing paragraphs of this Complaint as though fully set forth in full herein.

110.   Defendants have knowingly misappropriated the image and likeness of Plaintiffs Banda Maguey Founding Members.  *Inter alia*, Defendants have taken, directly and/or through their agents, recent concert videos, photographs, images and advertisements of Plaintiffs Banda Maguey Founding Members and used them without authorization to falsely promote their own concerts.

96545675.1

111.    Defendants' misappropriation was in direct connection with a commercial and advertising purpose.  Defendants gained a commercial benefit by violating Plaintiffs Banda Maguey Founding Members' right of publicity.

112.    Defendants have never had any authorization or permission to use, publish, display or commercially exploit Plaintiffs Banda Maguey Founding Members' image or likeness or right of publicity.

113.    Defendants have realized unjust profits, gains and advantages, and they will continue to realize unjust profits, gains and advantages, as a proximate result of their misconduct.

114.    Plaintiffs Banda Maguey Founding Members have suffered and continue to suffer injury, loss and damages in an amount according to proof at trial, including damages and disgorgement of Defendants' unlawful gains and profits.  Defendants' misconduct was a substantial factor in causing Banda Maguey Founding Members harm.  Banda Maguey Founding Members are also entitled to recover exemplary damages.

### TENTH CLAIM FOR RELIEF

### Intentional Interference with Prospective Economic Advantage

115.    Plaintiffs reallege and incorporate by reference each of the foregoing paragraphs of this Complaint as though fully set forth in full herein.

116.    Over the course of many years, Plaintiffs have developed long-standing relationships with their extensive fan base.

117.    Defendants had knowledge of the existence of these relationships.

118.    Despite this knowledge, Defendants engaged in misconduct described above knowing disruptions of Plaintiffs' relationships were certain or substantially certain to occur.

119.    Plaintiffs' relationships with their fan base have been disrupted by Defendants' actions.

96545675.1

120.    As a direct, proximate and foreseeable result of the interference with Plaintiffs' prospective economic advantage, Plaintiffs have been damaged in an amount subject to proof at trial.

121.    Defendants' actions are, were and remain a substantial factor in causing Plaintiffs harm, injuries and damages.

122.    Plaintiffs are entitled to damages in an amount sufficient to compensate them for all profits on sales they have lost due to Defendants' misconduct, as well as any consequential or incidental costs based on any relationships disrupted as a result of Defendants' misconduct.

123.    Defendants' intentional interference is willful, malicious, oppressive and fraudulent, entitling Plaintiffs to punitive damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment in their favor and against Defendants, including but not limited to, the following relief:

1.    That the Court order a preliminary and permanent injunction enjoining Defendants, their members, officers, principals, shareholders, agents, servants, employees, attorneys, successors and assigns, distributors, retailers and those in privity with them, including but not limited to the Individual Ticketón Defendants, and any other persons in active concert or participation with any of them who receive actual notice of the judgment by personal service or otherwise, from any further infringement, counterfeiting of the Banda Maguey Marks and from any further acts of misappropriation of image and likeness, unfair competition and copyright infringement;

2.    That the Court find that Defendants' misuse of the Banda Maguey Marks and the Banda Maguey Designs was, at all relevant times, willful and intentional;

96545675.1

3.      That the Court award damages sustained by Plaintiffs in an amount according to proof at trial;

4.      That the Court order an accounting to Plaintiffs for Defendants' profits derived from their unlawful acts, and for disgorgement of those profits;

5.      That the Court enter judgment for three times Defendants' profits and Plaintiffs' damages and such additional sum as the Court shall find to be just, along with reasonable attorneys' fees and prejudgment interest;

6.      That the Court award statutory damages for counterfeiting in the amount of $2,000,000;

7.      That the Court require Defendants, within thirty (30) days after service of the judgment demanded here, to file with this Court and serve upon undersigned counsel a written report under oath setting forth in detail the manner in which it has complied with the judgment;

8.      That the Court order an accounting of and impose a constructive trust on all of Defendants' funds and assets that arise out of its unlawful conduct;

9.      That the Court retain jurisdiction of this action for the purpose of enabling Plaintiffs to apply to the Court at any time for such further orders and interpretation or execution of any order entered in this action, for the modification of any such order, for the enforcement and compliance therewith, and for the punishment of any violations thereof; and

10.     For such further relief as the Court deems just and proper.

Dated:  October 27, 2025       **ROBINS KAPLAN LLP**

By:  /s/ David Martinez
        David Martinez
        Daniel D. Allender

Attorneys for Plaintiffs
Jorge Ernesto Ramirez Ceballos,
Fernando Guardado Rosales,
Jose Rosario Cisneros Gutierrez and
Luis Antonio Plasencia Martinez

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT

96545675.1

## **DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a trial by jury.

Dated:  October 27, 2025                    **ROBINS KAPLAN LLP**

By:   /s/ David Martinez
              David Martinez
              Daniel D. Allender

Attorneys for Plaintiffs
Jorge Ernesto Ramirez Ceballos,
Fernando Guardado Rosales,
Jose Rosario Cisneros Gutierrez and
Luis Antonio Plasencia Martinez

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

- 35 -                                                   COMPLAINT

96545675.1

# EXHIBIT A

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,985,963**

**Registered Feb. 11, 2020**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

RAMIREZ-CEBALLOS, JORGE ERNESTO  (MEXICO INDIVIDUAL)
Zaragoza 124 - A
San Pedro Tlaquepaque, MEXICO 45200

CLASS 41: Entertainment services in the nature of presenting live musical performances

FIRST USE 2-17-2019; IN COMMERCE 2-17-2019

The color(s) green, black, white, yellow, red, orange, purple, blue, and gray is/are claimed as a feature of the mark.

The mark consists of the green wording "LA ORIGINAL BANDA" outlined in black "MAGUEY" in green outlined in white; with the letter "M" forming a character in shades of green and yellow with black eyes and wearing a red and black sombrero, and a colorful Zarape in stripes of red, orange, purple, and blue, holding and orange trumpet with black notes coming out of it and the red wording "Y SIGUE, Y SIGUE" with a white and gray star behind the figure; and a small orange and yellow star below the music notes. The green wording "!Y... PURO VILLA CORONA!" is written in green outlined in black at the bottom, extending below a picture of a church in shades of black, white and gray.

OWNER OF U.S. REG. NO. 2198067

No claim is made to the exclusive right to use the following apart from the mark as shown: "Y SIGUE Y SIGUE" AND "Y PURO VILLA CORONA"

The English translation of "LA ORIGINAL BANDA MAGUEY Y SIGUE, Y SIGUE; Y PURO VILLA CORONA!" in the mark is "THE ORIGINAL MAGUEY BAND, AND FOLLOW, AND FOLLOW; AND PURE VILLA CORONA".

SER. NO. 88-262,127, FILED 01-15-2019



Director of the United States
Patent and Trademark Office



# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                    ETAS ID: TM576208
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| **NATURE OF CONVEYANCE:** | LICENSE |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Jorge Ramirez Ceballos | | 02/27/2018 | INDIVIDUAL: |

### RECEIVING PARTY DATA

| | |
|---|---|
| **Name:** | Luis Antonio Plascencia Martinez |
| **Street Address:** | Zaragoza #193 |
| **Internal Address:** | Colonia Centro Villa Corona |
| **City:** | Jalisco |
| **State/Country:** | MEXICO |
| **Postal Code:** | 45730 |
| **Entity Type:** | INDIVIDUAL: MEXICO |
| **Name:** | Fernando Guardado |
| **Street Address:** | Zaragoza #193 |
| **Internal Address:** | Colonia Centro Villa Corona |
| **City:** | Jalisco |
| **State/Country:** | MEXICO |
| **Postal Code:** | 45730 |
| **Entity Type:** | INDIVIDUAL: MEXICO |
| **Name:** | Rosales M C Guardado |
| **Street Address:** | Zaragoza #193 |
| **Internal Address:** | Colonia Centro Villa Corona |
| **City:** | Jalisco |
| **State/Country:** | MEXICO |
| **Postal Code:** | 45730 |
| **Entity Type:** | INDIVIDUAL: MEXICO |
| **Name:** | Jose Rosario Cisnerors Gutierrez |
| **Street Address:** | Zaragoza #193 |
| **Internal Address:** | Colonia Centro Villa Corona |
| **City:** | Jalisco |
| **State/Country:** | MEXICO |
| **Postal Code:** | 45730 |
| **Entity Type:** | INDIVIDUAL: MEXICO |

OP $40.00 5985963

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 5985963 | LA ORIGINAL BANDA MAGUEY !Y... PURO VILL |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | alichy@lichylaw.com |
| **Correspondent Name:** | Abraham Lichy |
| **Address Line 1:** | 222 East 68th Street |
| **Address Line 4:** | New York, NEW YORK 10065 |

| | |
|---|---|
| **NAME OF SUBMITTER:** | ABRAHAM LICHY |
| **SIGNATURE:** | /ABRAHAM LICHY/ |
| **DATE SIGNED:** | 05/13/2020 |

**Total Attachments: 9**

source=banda maguey tm license agreement#page1.tif
source=banda maguey tm license agreement#page2.tif
source=banda maguey tm license agreement#page3.tif
source=banda maguey tm license agreement#page4.tif
source=banda maguey tm license agreement#page5.tif
source=banda maguey tm license agreement#page6.tif
source=banda maguey tm license agreement#page7.tif
source=banda maguey tm license agreement#page8.tif
source=banda maguey tm license agreement#page9.tif

**TRADEMARK**
**REEL: 006937 FRAME: 0685**

# EXHIBIT B

March 19, 2022



April 1, 2022



2

April 15, 2022



Exhibit B, Page 41

April 29, 2022



4

July 3, 2022



Exhibit B, Page 43

August 5, 2022



Exhibit B, Page 44

September 3, 2022



Exhibit B, Page 45

September 23, 2022



Exhibit B, Page 46

November 23, 2022



Exhibit B, Page 47

February 10, 2023



Exhibit B, Page 48

April 21, 2023



Exhibit B, Page 49

April 22, 2023



12

April 28, 2023



Exhibit B, Page 51

April 29, 2023



14

May 14, 2023



15

June 2, 2023



Exhibit B, Page 54

June 17, 2023



Exhibit B, Page 55

June 18, 2023



Exhibit B, Page 56

August 12, 2023



19

August 25, 2023



Exhibit B, Page 58

August 27, 2023



21

September 23, 2023



October 13, 2023



Exhibit B, Page 61

October 14, 2023



November 5, 2023



March 2, 2024



March 16, 2024



Exhibit B, Page 65

March 17, 2024



April 14, 2024



Exhibit B, Page 67

April 19, 2024



April 20, 2024



Exhibit B, Page 69

May 12, 2024



32

May 24, 2024



33

June 1, 2025



Exhibit B, Page 72

July 14, 2024



July 19, 2024



July 20, 2024



Exhibit B, Page 75

July 21, 2024



Exhibit B, Page 76

August 17, 2024



Exhibit B, Page 77

August 30, 2024



September 1, 2024



Exhibit B, Page 79

September 6, 2024



Exhibit B, Page 80

September 7, 2024



September 20, 2024



Exhibit B, Page 82

September 21, 2024



Exhibit B, Page 83

September 22, 2024



Exhibit B, Page 84

October 4, 2024



October 6, 2024



Exhibit B, Page 86

October 19, 2024



October 20, 2024



Exhibit B, Page 88

October 27, 2024



November 3, 2024



Exhibit B, Page 90

February 21, 2025



53

Exhibit B, Page 91

February 23, 2025



54

March 7, 2025





Exhibit B, Page 93

March 9, 2025



Exhibit B, Page 94

March 22, 2025



Exhibit B, Page 95

March 23, 2025



Exhibit B, Page 96

April 4, 2025



Exhibit B, Page 97

April 5, 2025



Exhibit B, Page 98

April 6, 2025



Exhibit B, Page 99

May 16, 2025



Exhibit B, Page 100

May 17, 2025



Exhibit B, Page 101

May 17, 2025



May 23, 2025



65

May 24, 2025



Exhibit B, Page 104

June 1, 2025



Exhibit B, Page 105

June 6, 2025



June 7, 2025



June 8, 2025



June 13, 2025



Exhibit B, Page 109

June 14, 2025



Exhibit B, Page 110

June 15, 2025



Exhibit B, Page 111

June 21, 2025



Exhibit B, Page 112

June 22, 2025



Exhibit B, Page 113

July 12, 2025



Exhibit B, Page 114

August 2, 2025



Exhibit B, Page 115

August 29, 2025



Exhibit B, Page 116

# EXHIBIT C






# Banda Machos, El Mexicano & Mas

**Description**

Sat July 13 - 7:00 PM

Visalia Convention Center - Visalia

Schedule

Share

Like

## Event Details

| | |
|---|---|
| **Date:** Saturday, July 13 - 7:00 PM | **Presented By:** Valdivia Marketing Group |
| **City:** Visalia | **For more info:** 1 800 668 8080 |
| **Age:** All ages | **Artists:** Banda Machos, El Mexicano, Banda Maguey, Banda Potrero, La Autentica de Vallarta |



**Sales Ended**

The online ticket pre sale has ended

## Description

Doors open: 7:00 p.m.
Age: All ages
All ages pay
For more info: 1-800-668-8080
Line up subject to change

Sep 26, 2025 11:56:49 AM

Location

Exhibit C, Page 117



**Visalia Convention Center**
303 E Acequia Ave, Visalia, CA, 93291







Follow us

Events    Movies    Fan shop    Promoters    Contact    Help

Los Angeles    San Jose / Fresno    Houston    Dallas    Denver    Las Vegas    Chicago    Miami    Atlanta    New York    El Salvador

More information    1.800.668.8080

Movies powered by
atom

Movies details by
IMDb

TICKETÓN © 2025 All rights reserved. By continuing past this page, you agree to our terms of use.



Exhibit C, Page 121

[This Page Intentionally Left Blank]







# El Mexicano de Casimiro , Banda Machos y Mas

📅 Schedule

☍ Share

♡ Like

**Description**

Sun July 14 - 2:00 PM

Solano County Fairgrounds - Vallejo

## Event Details

| | |
|---|---|
| **Date:** Sunday, July 14 - 2:00 PM | **Presented By:** Valdivia Marketing Group |
| **City:** Vallejo | **For more info:** 1 800 668 8080 |
| **Age:** All ages | **Artists:** El Mexicano de Casimiro, Banda Machos, Banda Maguey, Banda La Leal |





### Sales Ended

The online ticket pre sale has ended

## Description

Don't miss the concert of **El Mexicano de Casimiro, Banda Machos, Banda Maguey and Banda La Leal** on next **July 14** at the **Solano County Fairgrounds** stage to give a unique show with their best songs and make you dance all night. Don't miss out and secure your place by buying your tickets here on **Ticketón**!

Doors open: 2:00 PM

All ages

Children under 10 enter for free

1-800-668-8080

Sep 26, 2025  12:02:28  PM

Exhibit C, Page 123



## Location



Solano County Fairgrounds
900 Fairgrounds Dr, Vallejo, CA, 94589



TICKETÓN

Follow us

Events   Movies   Fan shop   Promoters   Contact   Help

Los Angeles   San Jose / Fresno   Houston   Dallas   Denver   Las Vegas   Chicago   Miami   Atlanta   New York   El Salvador

More information   **1.800.668.8080**

Movies powered by
atom

Movies details by
IMDb

TICKETÓN © 2025 All rights reserved. By continuing past this page, you agree to our **terms of use.**









Exhibit C, Page 127

[This Page Intentionally Left Blank]






⌄  🇺🇸 English   ⊙ Sign in



# Corona Del Rey, Banda Carnaval & Mas

**Description**

📅 Schedule

⊷ Share

♡ Like

Sun July 14 - 2:00 PM

Terrenos de la Feria Merced – Merced

**Event Details**

| | |
|---|---|
| **Date:** Sunday, July 14 - 2:00 PM | **Presented By:** M&s Entertainment |
| **City:** Merced | **For more info:** 1 800 668 8080 |
| **Age:** All ages | **Artists:** Banda Corona Del Rey, Banda Carnaval, Banda Los Montoya, La Original Banda Maguey |



**Sales Ended**

The online ticket pre sale has ended

**Description**

The Expo Band Marathon Merced California Jaripeo Baile is getting closer. This **July 14** don't miss the opportunity to see the Rancho El Morral show live and **King Crown Band, Carnival Band, Montoya Band and The Original Maguey Band** will arrive to set the musical atmosphere at this adrenaline-filled event. Don't miss it and secure your place by buying your tickets here at **Ticketón** !

Doors open: 2:00 p.m.

Age: All ages

Children age 11 and under enter for free

For more info:

1-800-668-8080

Exhibit C, Page 129







### Location



**Terrenos de la Feria Merced**
900 Martin Luther King Jr Way, Merced, CA, 95341



Follow us

Events    Movies    Fan shop    Promoters    Contact    Help

Los Angeles    San Jose / Fresno    Houston    Dallas    Denver    Las Vegas    Chicago    Miami    Atlanta    New York    El Salvador

Sep 26, 2025 12:20:56 PM    1.800.668.8080

Movies powered by

Exhibit C, Page 130

TICKETON © 2025 All rights reserved. By continuing past this page, you agree to our terms of use.

Sep 26, 2025 12:20:56 PM

Exhibit C, Page 131



TICKETÓN

Home › Event List › La Original Banda Maguey

## La Original Banda Maguey

BANDA MUSIC

♡ Like    ⌁ Share

Banda Maguey
1,618,082 followers

f Follow Page    ↗ Share

### Tickets for La Original Banda Maguey

Upcoming events:

**SUN 12 OCT, 2025, 6:00 PM**
Silver Nugget Casino - North Las Vegas NV    **GET TICKETS**

**SAT 18 OCT, 2025, 4:00 PM**
Escondido World Marketplace - Escondido CALIFORNIA    **GET TICKETS**

**FRI 07 NOV, 2025, 8:00 PM**
Lienzo Charro Los Pinos - Alvarado TX    **GET TICKETS**

### About La Original Banda Maguey:

The Original Maguey Band is a Mexican musical group that has marked the band music industry with its style and contagious melodies. Since its inception, the group has produced countless hits, securing their space in the hearts of band music fans. Their musical diversity and artistic skills have allowed them to carry out impressive concerts, offering an always exciting show for their followers. At Ticketón, you can find tickets for all their upcoming performances and witness the incredible atmosphere they create at their live shows.

TICKETÓN

Follow us    f ⊙ 𝕏 ♪

Events    Movies    Fan shop    Promoters    Contact    Help

Los Angeles   San Jose / Fresno   Houston   Dallas   Denver   Las Vegas   Chicago   Miami   Atlanta   New York   El Salvador

Sep 26, 2025 12:08:18 PM        Exhibit C, Page 132

More information

1.800.0000.0000

TICKETÓN © 2025 All rights reserved. By continuing past this page, you agree to our **terms of use.**

Movies details by

@obm

IMDb



# EXHIBIT D







 **Ticketón** ✔
Sponsored · 🌐

🎺 ¡El festival de música regional más esperad… **See more**



ticketon.com
🎫 **Boletos disponibles en** 👉    **Shop now**

Exhibit D, Page 138





 

Like     Comment     Send     Share

 **Guerito Entertainment INC**
11h · 🎵 La Original Banda El Limon De Salvador ... · 🌐

···  ✕

🎉 ¡Prepárate para el festival más explosivo de... **See more**











































# EXHIBIT E





**Maguey Band, Arkangel Band R-15 & More**
October 10
Lancaster , CA

SATURDAY | October 11



**Maguey Band, R-15 Band & More**
October 11
Lebanon , IN

SATURDAY | October 18



**The Original Maguey Band, Mach & Mas Band**
October 18
Escondido , California

SUNDAY | October 19



**Pa La Raza Fest**
October 19
Pico Rivera , CA

FRIDAY | October 24



**Her Majesty La Brissa and More**
October 24
Phoenix , AZ



**The Original Maguey Band, Mach & Mas Band**
November 7
Alvarado , TX

SATURDAY | November 8th

Quebralandia - Machos, R-15, Movil, Zeta, Estrella and More
November 8
Anaheim , CA

SUNDAY | November 9

Quebradita and Sax - Spring, Machos, R-15, Mobile, Star, and More
November 9
Lakeside , CA

We don't have any more events to show you.

Back to top



Follow us

Events    Movies    Fan shop    Promoters    Contact    Aid

Los Angeles    San Jose / Fresno    Houston    Dallas    Denver    Las Vegas    Chicago    Miami    Atlanta    New York    El Salvador

More information    1.800.668.8080

Movies powered by atom    Movie details by IMDb

TICKET © 2025 All rights reserved. By continuing beyond this page, you agree to our terms of use .



[This Page Intentionally Left Blank]



**TICKETÓN**

TKTN3                                                                 🇲🇽 Spanish    ⊙ Login

Start › List of events › Maguey Band

### Maguey Band
TEXAN

○ I Like    ⊕ Share

**Banda Maguey** ✔
1,611,456 followers
📘 Follow Page                                    ⊕ Share

## Tickets for Banda Maguey

**Upcoming events :**

| | |
|---|---|
| **FRI. SEP 26, 2025, 9:00 PM**<br>La Flaca at the Square - Indianapolis IN | GET TICKETS |
| **SAT. SEP 27, 2025, 3:00 PM**<br>Plaza Mexico - Columbus OH | GET TICKETS |
| **SUN. SEP 28, 2025, 2:00 PM**<br>Mexico City Bullring - Warsaw IN | GET TICKETS |
| **SUN. OCT 5, 2025, 1:00 PM**<br>Rancho Grande de Morgan Hill - Morgan Hill, CA | GET TICKETS |
| **SUN. OCT 5, 2025, 2:00 PM**<br>Antioch Ranch Sports Arena - Antioch CA | GET TICKETS |
| **FRI. OCT 10, 2025, 8:00 PM**<br>AV Event Center - Lancaster CA | GET TICKETS |
| **SUN. OCT 19, 2025, 1:00 PM**<br>Pico Rivera Sports Arena - Pico Rivera, CA | GET TICKETS |
| **SAT. NOV 8, 2025, 6:00 PM**<br>Anaheim Convention Center - Anaheim CA | GET TICKETS |
| **SUN. NOV 9, 2025, 12:00 PM**<br>Equine Event Services Center - Lakeside CA | GET TICKETS |

## About Banda Maguey :

Banda Maguey is a renowned Mexican musical group specializing in the Tejano and Ranchero genre. Founded in 1993 in Villa Corona, Jalisco, Mexico, the band quickly gained prominence with their distinctive blend of tecnobanda, ranchera, and quebradita music, capturing the hearts of many fans. Their style incorporates traditional elements of Mexican music and modern innovations, creating a unique sound that resonates with a wide audience. With a contagious rhythm and passionate lyrics, Banda Maguey remains a mainstay in regional Mexican music. Experience their powerful live performance by purchasing your tickets at Ticketón.

Follow us    Ⓕ  ⊙

Sep 23, 2025 11:22:43 AM  **TICKETÓN**                                  Exhibit E, Page 165





Events    Movies    Fan shop    Promoters    Contact    Aid

Los Angeles    San Jose / Fresno    Houston    Dallas    Denver    Las Vegas    Chicago    Miami    Atlanta    New York    El Salvador

More information    **1.800.668.8080**

Movies powered by
@atom

Movie details by
IMDb

TICKET © 2025 All rights reserved. By continuing beyond this page, you agree to our **terms of use** .



TKTN22

Sep 23, 2025 11:39:09 AM

Exhibit E, Page 167





TKTN24





TKTN26





[This Page Intentionally Left Blank]



Exhibit E, Page 175



Events   Movies   Fan shop   Promoters   Contact   Aid

Los Angeles   San Jose / Fresno   Houston   Dallas   Denver   Las Vegas   Chicago   Miami   Atlanta   New York   El Salvador

More information   1.800.668.8080

Movies powered by @atom   Movie details by IMDb

TICKET © 2025 All rights reserved. By continuing beyond this page, you agree to our terms of use .





# El Recodo Band, Machos & More Band

📅 Schedule
🔗 Share
♡ I Like

**Description**

Fri. September 26 - 9:00 PM

La Flaca at the Square - Indianapolis

## Event Details

| | |
|---|---|
| Date : Friday, September 26 - 9:00 PM | Presented By : El Recodo Enterprises Llc |
| City : Indianapolis | For more information : 1 800 668 8080 |
| Age : 21+ | Artists : El Recodo de Cruz Lizarraga Band , Machos Band , Los Recoditos Band , Maguey Band |

## Description

Get ready for an evening filled with vibrant emotions, live music, and an unparalleled lineup at the concert: BANDA EL RECODO, BANDA MACHOS & MORE. This show, which will bring together leading exponents of the regional genre such as Banda El Recodo De Cruz Lizarraga, Banda Machos, Banda Los Recoditos, and Banda Maguey, promises an explosion of rhythm and flavor in a night to remember. At this event, the La Flaca at the Square stage in Indianapolis, IN, will witness the adrenaline and euphoria of a unique music festival. Don't miss this one-of-a-kind event. It's time to buy your tickets! Get your tickets now at Ticketón and be part of this celebrated music festival. If you love good music, you know where to be. Spread the word, invite your friends, and above all, don't pass up the opportunity to be part of this night full of music and magic. Don't wait any longer, get your tickets today at Ticketón!
Event for those over 21 years old.
Lineup is subject to change.

### Select your tickets

**GENERAL**                        −  +

$87.50
$80.00 + $7.50 Charges

### Shipment

Mobile ⌄

Ticket will be sent via text and must be shown on your phone at the entrance. I consent to receive my ticket this way.

**BUY**

🎫 THERE IS A LIMIT OF 6 TICKETS PER CUSTOMER.
SERVICE CHARGES ARE NONREFUNDABLE. ALL SALES ARE FINAL. TAXES NOT INCLUDED




Sep 23, 2025 11:54:26 AM

Exhibit E, Page 177







# El Recodo Band, Machos and More Band

Schedule

Share

I Like

**Description**

Sat. September 27 - 3:00 PM

Plaza Mexico - Columbus

## Event Details

| | |
|---|---|
| Date : Saturday, September 27 - 3:00 PM | Presented By : El Recodo Enterprises Llc |
| City : Columbus | For more information : 1 800 668 8080 |
| Age : All ages | Artists : El Recodo de Cruz Lizarraga Band , Machos Band , Los Recoditos Band , Maguey Band , Rancho Barriga |

## Description

Get ready to experience the most emotional night with the explosive concert by BANDA EL RECODO, BANDA MACHOS, and more. The headliners are Banda El Recodo De Cruz Lizarraga, Banda Machos, Banda Los Recoditos, Banda Maguey, and Rancho Barriga, undisputed leaders of regional music, performing on the stage at Plaza Mexico in Columbus, Ohio. Imagine the euphoria of the audience, the palpable adrenaline in the air, and the magic of hearing your favorite music live. Feel the vibrant rhythm and passionate melodies that can only be experienced at a live concert. Don't miss this night; it will be a night to remember with live music that will thrill you with every note. Buy your tickets now at Ticketón and secure your spot for the best regional music experience. The best nights aren't planned, they're lived. And this one promises to be epic. If you love good music, you've already made a plan. Spread the word, and we'll see you on stage. This is the show you've been waiting for, and tickets are flying off the shelves. There's no better plan for that night, so secure your ticket before it's too late. If you truly love live music, you can't miss this opportunity. Everything is ready for an unforgettable show. Don't miss this unique event; get your ticket now and experience the intense rhythm of the best regional music. Remember that this is more than a concert; it's a celebration of notes, rhythms, and emotions. With each ticket purchased, you get closer to a night that will mark your life. Let yourself be carried away by the emotion, feel the music, and live an experience full of energy and passion. Buy now at Ticketón and don't miss out on this phenomenal celebration of sounds. This is your moment; join the party. We'll see you at Plaza Mexico, Columbus, OH!

The formation can change



**Select your tickets**

General

$77.00

$70.00 + $7.00 Charges

**Shipment**

Mobile

Ticket will be sent via text and must be shown on your phone at the entrance. I consent to receive my ticket this way.

BUY

THERE IS A LIMIT OF 6 TICKETS PER CUSTOMER.
SERVICE CHARGES ARE NONREFUNDABLE. ALL SALES ARE FINAL. TAXES NOT INCLUDED.

Exhibit E, Page 179



### Location

Mexico City Square
4060 Sullivant Ave , Columbus , OH , 43228



# El Recodo Band, Machos and More Band

Description

Sun. September 28 - 2:00 PM

Mexico City Bullring - Warsaw

## Event Details

| | |
|---|---|
| **Date :** Sunday, September 28 - 2:00 PM | **Presented By :** El Recodo Enterprises Llc |
| **City :** Warsaw | **For more information :** 1 800 668 8080 |
| **Age :** All ages | **Artists :** El Recodo de Cruz Lizarraga Band , Machos Band , Los Recoditos Band , Maguey Band , Rancho Barriga and Los Toros Transformes |

## Description

Enjoy the rhythm and overwhelming energy of BANDA EL RECODO, BANDA MACHOS, and more in an unforgettable night of live music. Immerse yourself in the magic of this show that will take over the Plaza de Toros in Warsaw, IN. Secure your ticket now and experience the adrenaline rush of regional melodies that sweep the stages. The event is open to all ages, so bring the whole family to enjoy this unique event. This concert promises an explosive experience of emotions with artists such as Banda El Recodo De Cruz Lizarraga, Banda Machos, Banda Los Recoditos, Banda Maguey, Rancho Barriga, and Los Toros Transformes. The best regional music awaits you in this incredible concert, where you can experience the passion and fervor of every chord, every lyric, and every applause up close. Tickets for this festival are flying fast, so don't miss out. Buy now at Ticketón and experience the full live music experience. There's no better plan than immersing yourself in the energy of this show, dancing to the rhythm of these incredible bands, and making it a night to remember. Don't miss it; this event promises to be spectacular. Tickets are on sale, but not for long. Secure your spot before they sell out. Enjoy the best live music experience. This event is the ideal place for fans of regional music. Remember, the best music nights aren't planned, they're lived! Buy your ticket now and secure your spot at this exciting concert. Don't miss this unique opportunity to enjoy a night full of music and energy. See you at the Plaza de Toros Mexico, Warsaw, IN!

Children under 12 enter free

## Select your tickets

| General | |
|---|---|
| $77.00 | |
| $70.00 + $7.00 Charges | |

### Shipment

Mobile

Ticket will be sent via text and must be shown on your phone at the entrance. I consent to receive my ticket this way.

**BUY**

THERE IS A LIMIT OF 6 TICKETS PER CUSTOMER. SERVICE CHARGES ARE NONREFUNDABLE. ALL SALES ARE FINAL. TAXES NOT INCLUDED.

Sep 23, 2025 10:58:03 AM

The program is subject to change



## Location

Mexico Bullring
1400 E Smith St , Warsaw , IN . 46580

TICKETÓN

Follow us

Events    Movies    Fan shop    Promoters    Contact    Aid

Los Angeles    San Jose / Fresno    Houston    Dallas    Denver    Las Vegas    Chicago    Miami    Atlanta    New York    El Salvador

More information    1.800.668.8080

Movies powered by
atom

Movie details by
IMDb

TICKET © 2025 All rights reserved. By continuing beyond this page, you agree to our terms of use .



**TICKETÓN**    TKTN18    🇲🇽 Spanish    Login



# Quebralandia - Machos, R-15, Movil, Zeta, Estrella and More

📅 Schedule
🔗 Share
❤️ I like

**Description**

Sat. November 8 - 6:00 PM

Anaheim Convention Center - Anaheim

## Event Details

| | |
|---|---|
| **Date :** Saturday, November 8 - 6:00 PM | **Presented By :** Super Bailes |
| **City :** Anaheim | **For more information :** 1 800 668 8080 |
| **Age :** All ages | **Artists :** Machos Band , Maguey Band , Mobile Band , Zeta Band , Cheque Peña Junior , Hechizeros Band , R-15 Del Korita Gonzalez , The Star of the Dances |

## Description

Ready for a night full of rhythm and musical passion? The concert of the year, QUEBRALANDIA-MACHOS, R-15, Movil, Estrella, Zeta y Mas, will be on November 8, 2025 at 6:00 PM at the Anaheim Convention Center in Anaheim, CA. Buy your tickets now at Ticketón and live an unforgettable experience. Don't miss this unique opportunity to enjoy the best live music. Spread the word and we'll see you there!
Be part of this energetic and exciting atmosphere. Get your ticket now and make sure you don't miss this once-in-a-lifetime experience!
Buy now at Ticketón and secure your spot before tickets sell out!
Remember, life is about moments, and this one...promises to be amazing!

Lineup subject to change

### Select your tickets

| General | − + |
|---|---|
| $65.45 | |
| $59.00 + $6.45 Charges | |

| VIP | − + |
|---|---|
| $138.95 | |
| $129.00 + $9.95 Charges | |

**Do you have a promotional code?**

Enter promotional code

**Shipment**

Mobile

Ticket will be sent via text and must be shown on your phone at the entrance. I consent to receive my ticket this way.

**BUY**

THERE IS A LIMIT OF 6 TICKETS PER CUSTOMER.



Sep 23, 2025 11:12:33 AM

Exhibit E, Page 183





## Location

33°48'03.2"N 117°55'15.3"W
View larger map

Anaheim Convention Center - Hall B
Aramark
Encore

**Anaheim Convention Center**
800 W Katella Ave , Anaheim , CA , 92802

TICKETÓN

Follow us

Events    Movies    Fan shop    Promoters    Contact    Aid

Los Angeles    San Jose / Fresno    Houston    Dallas    Denver    Las Vegas    Chicago    Miami    Atlanta    New York    El Salvador

More information    1.800.668.8080

Movies powered by
atom

Movie details by
IMDb

TICKET © 2025 All rights reserved. By continuing beyond this page, you agree to our terms of use .



TKTN19    Spanish    Login



# Quebradita and Sax - Spring, Machos, R-15, Mobile, Star, and More

📅 Schedule

🔗 Share

♡ I Like

### Description

Sun. November 9 - 12:00 PM

Equine Event Services Center - Lakeside

### Event Details

| | |
|---|---|
| Date : Sunday, November 9 - 12:00 PM | Presented By : Super Bailes |
| City : Lakeside | For more information : 1 800 668 8080 |
| Age : All ages | Artists : Machos Band , Maguey Band , Korita Gonzalez Band , Mobile Band , Zeta Band , Cheque Peña and His Band Vallarta Show , Hechizeros Band , Primavera Ensemble , The Star of Dances |

### Description

Immerse yourself in the rhythm of the year's most anticipated concert: Quebradita y Sax - PRIMAVERA, MACHOS, R-15, MOVIL, Estrella, and more. The magic of regional music awaits you at the Equestrian Center Equine Event Services in Lakeside, CA, on November 9, 2025 at 12:00 PM. Established names in the scene such as PRIMAVERA, MACHOS, R-15, MOVIL, Estrella, and more will unite their talents in an unparalleled festival where euphoria and energy flow nonstop. Experience the excitement that only live music can offer, let yourself be carried away by the adrenaline of seeing your favorite artists and sing along to your favorite songs. The show promises to be an electrifying experience that will have you dancing and singing until dawn. Tickets for this unmissable event are now on sale at Ticketón. Get your tickets before they sell out and secure your spot at this regional music festival, which promises to be a night you'll always remember. You can't miss this show; feel the excitement of a live event that will mark a milestone in music history. Get ready for the best live experience you've ever had. This is a show you simply can't miss. As our grandmothers used to say, the best nights aren't planned, they're lived. So if you want to enjoy good music, you know where to be. Don't waste any more time. Buy your tickets now at Ticketón. ...ttable memories, indescribable emotions, and anecdotes to share. "There's no better plan for that night; secure your ticket before it's too late." This event is promising, and tickets are flying off the shelves. Get yours before they become history. "If you like good

## Select your tickets

**General**    ➖ ➕

**$65.45**
$59.00 + $6.45 Charges

**VIP**    ➖ ➕

**$128.45**
$119.00 + $9.45 Charges

### Do you have a promotional code?

Enter promotional code

## Shipment

Mobile

Ticket will be sent via text and must be shown on your phone at the entrance. I consent to receive my ticket this way.

**BUY**

⚠ THERE IS A LIMIT OF 6 TICKETS PER CUSTOMER.

Exhibit E, Page 185

music, you know where to be. So say the word, and we'll see you there. Because a night like this deserves to be spent with a person.
Don't miss this unique evening, get your tickets now at Ticketon.

OK

Age: All ages

Lineup subject to change



Location

Equine Event Services Center
11055 Moreno Ave , Lakeside , CA , 92040

TICKETÓN

Follow us

Events    Movies    Fan shop    Promoters    Contact    Aid

Los Angeles    San Jose / Fresno    Houston    Dallas    Denver    Las Vegas    Chicago    Miami    Atlanta    New York    El Salvador

More information    1.800.668.8080

Movies powered by atom

Movie details by IMDb

TICKET © 2025 All rights reserved. By continuing beyond this page, you agree to our terms of use .

[This Page Intentionally Left Blank]



**TICKETÓN**

TKTN3

🇲🇽 Spanish   Login

Start › List of events › Maguey Band

## Maguey Band
TEXAN

❤ I Like    ⏴ Share

**Banda Maguey** ✓
1,611,456 followers
📘 Follow Page    ⏵ Share

### Tickets for Banda Maguey

Upcoming events :

| | |
|---|---|
| **FRI. SEP 26, 2025, 9:00 PM**<br>La Flaca at the Square - Indianapolis IN | GET TICKETS |
| **SAT. SEP 27, 2025, 3:00 PM**<br>Plaza Mexico - Columbus OH | GET TICKETS |
| **SUN. SEP 28, 2025, 2:00 PM**<br>Mexico City Bullring - Warsaw IN | GET TICKETS |
| **SUN. OCT 5, 2025, 1:00 PM**<br>Rancho Grande de Morgan Hill - Morgan Hill, CA | GET TICKETS |
| **SUN. OCT 5, 2025, 2:00 PM**<br>Antioch Ranch Sports Arena - Antioch CA | GET TICKETS |
| **FRI. OCT 10, 2025, 8:00 PM**<br>AV Event Center - Lancaster CA | GET TICKETS |
| **SUN. OCT 19, 2025, 1:00 PM**<br>Pico Rivera Sports Arena - Pico Rivera, CA | GET TICKETS |
| **SAT. NOV 8, 2025, 6:00 PM**<br>Anaheim Convention Center - Anaheim CA | GET TICKETS |
| **SUN. NOV 9, 2025, 12:00 PM**<br>Equine Event Services Center - Lakeside CA | GET TICKETS |

### About Banda Maguey :

Banda Maguey is a renowned Mexican musical group specializing in the Tejano and Ranchero genre. Founded in 1993 in Villa Corona, Jalisco, Mexico, the band quickly gained prominence with their distinctive blend of tecnobanda, ranchera, and quebradita music, capturing the hearts of many fans. Their style incorporates traditional elements of Mexican music and modern innovations, creating a unique sound that resonates with a wide audience. With a contagious rhythm and passionate lyrics, Banda Maguey remains a mainstay in regional Mexican music. Experience their powerful live performance by purchasing your tickets at Ticketón.

Follow us   f   ⓘ





TKTN8



## Pancho Barraza, Edgardo Nuñez & More in Morgan Hill

Description

Sun. October 5 - 1:00 PM

Rancho Grande de Morgan Hill - Morgan Hill

### Event Details

| | |
|---|---|
| **Date :** Sunday, October 5 - 1:00 PM | **Presented By :** El Girasol Promotions Llc |
| **City :** Morgan Hill | **For more information :** 1 800 668 8080 |
| **Age :** All ages | **Artists :** Pancho Barraza , Edgardo Nuñez , New Brand , Maguey Band , The Only Band from San Jose, California |

### Description

Get ready for a night where regional music will be the real star! The PANCHO BARRAZA, EDGARDO NUÑEZ & MORE concert at Morgan Hill is the live event everyone's talking about. Secure your tickets to experience the fervor of music at Rancho Grande in Morgan Hill, in the heart of California. This concert, suitable for all ages, promises to be the best experience for regional music lovers with artists such as Pancho Barraza, Edgardo Nuñez, Nueva Marca, Banda Maguey, and Banda La Única De San Jose, California, ready to give you the best musical show on October 5, 2025. You know what they say: The best nights are not planned, they are lived. So, what are you waiting for? Buy your tickets now for this festival that turns any night into a live music celebration that will leave you on the edge of your seat with its unique energy and vibes. This event is promising and tickets are flying off the shelves; get yours at Ticketón before it's too late. Because if you love good music, you know where to be on October 5, 2025. Spread the word and experience the excitement of live music on a night we guarantee will be unforgettable. Don't miss this unique event, get your ticket now!

Children under 8 enter free

### Select your tickets

**General**   —   +
$77.00
$70.00 + $7.00 Charges

**VIP**   —   +
$140.00
$130.00 + $10.00 Charges

### Shipment

Mobile

Ticket will be sent via text and must be shown on your phone at the entrance. I consent to receive my ticket this way.

**BUY**

THERE IS A LIMIT OF 8 TICKETS PER CUSTOMER.
SERVICE CHARGES ARE NONREFUNDABLE. ALL SALES ARE FINAL. TAXES NOT INCLUDED.

Schedule
Share
I Like



Sep 23, 2025 11:00:42 AM

Exhibit E, Page 190





### Location

**Rancho Grande de Morgan Hill**
17555 Condit Rd , Morgan Hill , Ca . 95037

**TICKETÓN**

Follow us

Events    Movies    Fan shop    Promoters    Contact    Aid

Los Angeles    San Jose / Fresno    Houston    Dallas    Denver    Las Vegas    Chicago    Miami    Atlanta    New York    El Salvador

More information    1.800.668.8080

Movies powered by    atom

Movie details by    IMDb

TICKET © 2025 All rights reserved. By continuing beyond this page, you agree to our terms of use .





# The Two from Tamaulipas, Primavera & Mas Ensemble

☐ Schedule
⤳ Share
♡ I Like

**Description**

Sun. October 5 - 2:00 PM

Antioch Ranch Sports Arena - Antioch

## Event Details

| | |
|---|---|
| **Date :** Sunday, October 5 - 2:00 PM | **Presented By :** La Ceiba Promotion |
| **City :** Antioch | **For more information :** 1 800 668 8080 |
| **Age :** All ages | **Artists :** The Two from Tamaulipas* , Primavera Ensemble , Legacy 7 , Maguey Band , Los Montoya Band, Guamuchil, Sinaloa |

## Description

Don't miss the opportunity to experience an unforgettable night with LOS DOS DE TAMAULIPAS, CONJUNTO PRIMAVERA & MORE at the impressive Antioch Ranch Sports Arena in Antioch, California. October 5, 2025 will be a date to remember with a show full of energy, euphoria, live music, and lasting memories. The magic of a regional box-office live event and all the adrenaline that overflows on stage come together to transform your night into an unforgettable experience. Banda Maguey, Legado 7, Banda Los Montoya Guamuchil Sinaloa and, of course, Los Dos De Tamaulipas and Conjunto Primavera are the main artists waiting to take you on a spectacular sonic journey, where the best nights are not planned, they are lived. Regional music and a concert spectacle that is experienced with all your senses. Buy now at Ticketón and secure your spot at this music festival full of emotions and surprises. Remember, tickets for these types of events fly, and you won't want to miss this show. Because there's no better place to be that day than at the Antioch Ranch Sports Arena, surrounded by fans and listening to the music you love. This event promises to be spectacular, and every ticket is a direct pass to a night to remember. If you love good music, you know where to be. Don't miss out on your ticket; secure yours before it's too late. Don't miss this unique event; it's a wonderful opportunity to add a great night to your list of beautiful memories. Get your ticket now at Ticketón and experience live music from Los Dos De Tamaulipas, Conjunto Primavera, and more.

Age: All ages
Children under 12 enter free

## Select your tickets

**Presale** — +
$71.75
$65.00 + $6.75 Charges

**VIP STANDING** — +
$161.00
$150.00 + $11.00 Fees

## Shipment

Mobile ⌄

Ticket will be sent via text and must be shown on your phone at the entrance. I consent to receive my ticket this way.

**BUY**

THERE IS A LIMIT OF 6 TICKETS PER CUSTOMER.
SERVICE CHARGES ARE NONREFUNDABLE. ALL SALES ARE FINAL. TAXES NOT INCLUDED.

Sep 23, 2025 11:02:02 AM

Exhibit E, Page 192



## Location

Antioch Ranch Sports Arena
1201 W 10th St , Antioch , CA , 94509

[This Page Intentionally Left Blank]





**TICKETÓN**

TKTN5    Spanish    Login

# Maguey Band, R-15 Band, Tiranos & Henosis

Schedule    Share    I Like

**Description**

Sat. September 27 - 8:00 PM

The Globes - Chicago

## Event Details

| | |
|---|---|
| **Date** : Saturday, September 27 - 8:00 PM | **Presented By** : Carrera Promotions |
| **City** : Chicago | **For more information** : 1 800 668 8080 |
| **Age** : 18+ | **Artists** : Maguey Band, The Star of All Bands , R-15 Band of the Gonzalez Brothers , The Original and Authentic Tyrants , Henosis |

## Description

Turn up the volume and feel the vibrant energy of regional music in a live concert imbued with euphoria and excitement. Ticketón gives you the opportunity to experience the adrenaline of the stage as the main artists Banda Maguey La Estrella de Todas Las Bandas, BANDA R-15 DE LOS HERMANOS GONZALEZ, Los Originales y Autenticos Tiranos, and Henosis, conquer you with their passion and rhythm on the stage of the famous Los Globos in Chicago, IL. This incredible show is scheduled for September 27, 2025 and promises to be a night to remember in the world of live music. Ticketón offers you a unique experience of vibrating to the rhythm of these artists, exponents of the regional genre. You can't miss it; it's the best experience to immerse yourself in the exciting atmosphere of a festival full of joy and contagious rhythms. ........ Experience the show under the stars and feel the beat in the palm of your hands. Don't miss this unique event. Get your ticket now and start counting down the days until you're thrilled with the intense rhythms that only BANDA MAGUEY, BANDA R-15, TIRANOS & HENOSIS can create. Only at Ticketón will you find the essence of the best live events!
Lineup subject to change

### Select your tickets

| General | – | + |
|---|---|---|
| $50.75 | | |
| $45.00 + $5.75 Charges | | |

### Shipment

Mobile ⌄

Ticket will be sent via text and must be shown on your phone at the entrance. I consent to receive my ticket this way.

**BUY**

THERE IS A LIMIT OF 6 TICKETS PER CUSTOMER.
SERVICE CHARGES ARE NONREFUNDABLE. ALL SALES ARE FINAL. TAXES NOT INCLUDED.



Sep 23, 2025 10:54:37 AM

Exhibit E, Page 196



## Location

41°50'14.3"N 87°42'51.1"W
View larger map

The Balloons
3059 S Central Park Ave , Chicago , IL , 60623

**TICKETÓN**

Follow us

Events    Movies    Fan shop    Promoters    Contact    Aid

Los Angeles    San Jose / Fresno    Houston    Dallas    Denver    Las Vegas    Chicago    Miami    Atlanta    New York    El Salvador

More information    1.800.668.8080

Movies powered by atom    Movie details by IMDb

TICKET © 2025 All rights reserved. By continuing beyond this page, you agree to our **terms of use** .







# Maguey Band, R-15 Band & More

Description

Sat. October 11 - 1:00 PM

Rancho Alegre Plaza - Lebanon

Schedule

Share

I Like

## Event Details

| Date : Saturday, October 11 - 1:00 PM | Presented By : Munoz Auto Center Inc. |
| City : Lebanon | For more information : 1 800 668 8080 |
| Age : All ages | Artists : Maguey Band, The Star of All Bands , R-15 Band of the Gonzalez Brothers , The Original and Authentic Tyrants , Javy Kartucho |

## Description

Get ready for a night full of rhythm and excitement with BANDA MAGUEY, BANDA R-15 & MORE at Plaza Rancho Alegre in Lebanon, IN! This vibrant regional music concert promises to ignite your senses and take you on a journey of pure musical adrenaline. Delight your ears with the contagious melodies of our main artists: The energetic Banda Maguey 'The Star of All Bands', the authentic BANDA R-15 DE LOS HERMANOS GONZALEZ, Los Originales y Autenticos Tiranos, and the charismatic Javy Kartucho. This live music show is a must for lovers of the genre and a unique opportunity to experience a festival of sounds and intense emotions. Don't miss it! Surrender your body to the euphoria of the show, dance to the beat of the music, and let the joy and good atmosphere infect you. Spread the word and we'll see you there. Buy now at Ticketón and enjoy a unique experience on October 11, 2025. This is an event for all ages, so you can bring the whole family and share an unforgettable moment together. Don't wait, get your ticket now!

An event open to all ages. Children under 12 enter free.

Lineup is subject to change.

### Select your tickets

| PRESALE | — | + |
| $45.50 | | |
| $40.00 + $5.50 Charges | | |

### Shipment

Mobile

Ticket will be sent via text and must be shown on your phone at the entrance. I consent to receive my ticket this way.

BUY

THERE IS A LIMIT OF 6 TICKETS PER CUSTOMER.
SERVICE CHARGES ARE NONREFUNDABLE. ALL SALES ARE FINAL. TAXES NOT INCLUDED.

Sep 23, 2025 11:04:22 AM





### Location

Rancho Alegre Plaza
1300 E 100 S . Lebanon . IN . 46052

TICKETON

Follow us

Events     Movies     Fan shop     Promoters     Contact     Aid

Los Angeles    San Jose / Fresno    Houston    Dallas    Denver    Las Vegas    Chicago    Miami    Atlanta    New York    El Salvador

More information     **1.800.668.8080**

Movies powered by
atom

Movie details by
IMDb

TICKET © 2025 All rights reserved. By continuing beyond this page, you agree to our terms of use .

[This Page Intentionally Left Blank]



Exhibit E, Page 201

[This Page Intentionally Left Blank]



More information   1.800.668.8080

Movies powered by
atom

Movie details by
IMDb

TICKET © 2025 All rights reserved. By continuing beyond this page, you agree to our terms of use .

Sep 23, 2025 12:07:49 PM

Exhibit E, Page 204